GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-23-01004-PHX-DWL |
|---|---|
| Plaintiff, | **UNITED STATE'S SENTENCING MEMORANDUM** |
| v. | |
| Griselda Maribel Huizar, | |
| Defendant. | |

The United States requests the Court impose a  term of probation of 24 months sentence as recommended in the Presentence Investigation Report (PSR).  PSR at  13.

I.      BACKGROUND

On January 17, 2023, San Luis Rio Colorado Municipal Police Department officers in San Luis Rio Colorado, Sonora, Mexico, observed a vehicle speeding and attempted to conduct a traffic stop. The driver fled from officers and parked the on the driveway of a private residence before fleeing on foot. Officers lost sight of the driver but observed a pistol on the ground with several rounds of ammunition nearby. PSR ¶  6.  A search of the vehicle revealed three additional firearms. *Id.*  The Mexican Federal Attorneys Office submitted the seized firearms to Bureau of Alcohol Tobacco and Firearms (ATF) eTrace system, which revealed one of the firearms was purchased by Defendant 10 days prior and

was not reported stolen. This firearm was identified as a Century Arms International, 7.62-caliber rifle. *Id.* As a result, ATF agents reviewed records related to Defendant's firearms purchases and discovered she made two additional purchases from Federal Firearms Licensees within Arizona for someone else. PSR ¶ 7.

On June 27, 2023, a three-count indictment was filed in United States District Court, District of Arizona, Phoenix, Defendant with Counts 1 through 3,  Material False Statement During the Purchase of a Firearm in violation of 18 U.S.C. §§  922(a)(6) and 924(a)(2). PSR ¶ 1. Defendant appeared on a summons and was ordered released on her personal recognizance with condition under U.S. Pretrial Services supervision. *Id.*

On November 15, 2023, Defendant pleaded guilty to Count 1 of the indictment, which alleged that on January 9, 2023, Defendant knowingly made false statements and representations in connection with the acquisition of a firearm to, Jones & Jones, a Federal Firearms Licensee (FFL), in Somerton, Arizona, which were intended and likely to deceive the  business as the fact and material to the lawfulness of a sale of firearm by the business. PSR ¶  2.  Defendant pleaded guilty pursuant to a Rule 11(c)(1)(C) Plea Agreement that set a sentencing cap at the low-end of the guideline range.  PSR ¶  3.

Based on her plea, Defendant is before the Court for her first felony conviction. PSR at  13.  During the instant offense she indicated a friend gave her money to purchase three firearms for him because he purportedly lacked the requisite identification. PSR ¶ 8.  To her credit, when confronted with her purchases, Defendant admitted her involvement to law enforcement.  Defendant has only one other prior law enforcement contact related to shoplifting .PSR ¶  23.

II.      SENTENCING GUIDELINES

The PSR accurately calculates the guidelines range at 10 to 16 months incarceration months' incarceration with a Criminal History Category of I  and a Total Offense Level of 12. PSR at 13.  In lieu of incarceration Probation Office recommends that the Court impose two years of probation.  *Id*.  A probationary sentence requires a slight downward variance.

III.    UNITED STATES' RECCOMENDATION

The United States believes a probationary sentence given Defendant's limited criminal history.  She has also preformed well while on supervised release. See PSR ¶ 4.

The government does not oppose a downward variance based on Defendant's history and characteristics.  A felony conviction coupled with conditions of probation are sufficient to serve as a deterrent and provide just punishment given the nature and circumstances of the offense.

IV.    CONCLUSION

Therefore,  the United States respectfully requests the Court sentence Defendant to 24 months' probation.

Respectfully submitted this 22nd  day of April 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Madeline Ann Mayer
Jeffrey Allen Williams

*Carlton Covington*
U.S. Attorney's Office